**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE
BANGOR DIVISION**

_____

|   |   |
|---|---|
| In re | ) CHAPTER 11 |
|  | ) |
| WHG DEVELOPMENT, LLC | ) CASE NO. 10-10277 |
|  | ) |
| Debtor | ) |
|  | ) |

_____

**ENTRY OF APPEARANCE
AND REQUEST FOR ALL NOTICES, PLEADINGS AND ORDERS, ETC.**

NOTICE IS HEREBY GIVEN that undersigned, as counsel for **Great Oak Capital, LLC**, hereby enters his appearance, and hereby requests, pursuant to 11 U.S.C. § 1109(b), Federal Bankruptcy Rules 2002 and 9010(b) and D.Me.Lbr. 9010-1 (I) that copies of all notices, pleadings, orders, applications, correspondence and other documents filed or served on or by parties in interest be served on the undersigned counsel for **Great Oak Capital, LLC** , and (ii) that the undersigned be added to the Court's master mailing list/label matrix in this case at the address shown below.

**Gross, Minsky & Mogul, P.A.**

Dated: March 4, 2010

/s/ George W. Kurr, Jr., Esq.
George W. Kurr, Jr., Esq., Bar #1116
Attorney for Great Oak Capital, LLC
23 Water Street, Suite 400
P.O. Box 917
Bangor, ME   04402-0917
Tel: (207) 942-4644
gwkurr@grossminsky.com